IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA BAUTISTA PARRA and ALEXANDER MARIN ESTRADA,<br><br>Petitioners,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; EVAN TJADEN, Acting ICE Field Officer Director, in his official capacity; ROSIE RIVERA, Warden of the Salt Lake County Jail, in her official capacity; TODD BLANCHE, Attorney General of the United States, in his official capacity; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | **ORDER GRANTING MOTION FOR LEAVE OF COURT TO LODGE DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW**<br><br>Case No. 2:26-cv-00739<br><br>Judge Tena Campbell |

Before the court is the Respondents' unopposed Motion for Leave of Court to Lodge Documents under Seal. (ECF No. 13.) For good cause, the court GRANTS the motion. The Respondents may lodge copies of contract(s) with Utah facilities that permit DHS detainee housing to the court under seal for in camera review.

DATED this 26th day of August, 2026.

BY THE COURT:

Tena Campbell
United States District Judge